UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                :
                                                                :
                                                                :
UNITED STATES OF AMERICA                                        :
                                                                :
         -v-                                                    :         25 Cr. 300 (JPC)
                                                                :
CARLOS JESUS SOLANO,                                            :         ORDER
                                                                :
                              Defendant.                        :
                                                                :
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

The United States Probation Department is authorized to release to Defendant's counsel,

Eylan Schulman, copies of Defendant's presentence reports that were prepared in connection with

his prior federal convictions in the Eastern District of New York on June 1, 2006, the District of

New Jersey on September 16, 2020, and this District on July 18, 2021.

The Clerk of Court is respectfully directed to close Docket Number 41.

SO ORDERED.

Dated: May 8, 2026                        _____
       New York, New York                          JOHN P. CRONAN
                                                 United States District Judge